No. 80. CHOCTAW NATION OF INDIANS v. UNITED STATES ET AL. October 12, 1942. Petition for writ of certiorari to the Court of Claims granted. *Mr. William G. Stigler* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States; *Mr. Melvin Cornish* for the Chickasaw Nation,—respondents.

No. 93. MARSHALL, DEPUTY COMMISSIONER, ET AL. v. PLETZ. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. E. K. Oppenheimer* for petitioners. *Messrs. Ben Anderson* and *Wm. P. Lord* for respondent.

No. 142. ENDICOTT JOHNSON CORP. ET AL. v. PERKINS, SECRETARY OF LABOR. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Howard A. Swartwood, William H. Pritchard,* and *John C. Bruton* for petitioners. *Solicitor General Fahy* for respondent.

No. 156. DETROIT BANK, FORMERLY DETROIT SAVINGS BANK, v. UNITED STATES; and

No. 214. MICHIGAN ET AL. v. UNITED STATES. October 12, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Ferris D. Stone* and *Cleveland Thurber* for petitioner in No. 156. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, *James H. Lee,* and *Samuel Brezner* for petitioners in No. 214. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J.*